# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-429-RJC-DCK

| | |
|---|---|
| PAM MILLER, individually and for others similarly situated, | ) )  ) |
| Plaintiff, | ) ) |
| v. | )    **ORDER** ) |
| THE STEAM GENERATING TEAM, LLC, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Tamara Huckert, concerning Andrew W. Dunlap on September 25, 2019. Andrew W. Dunlap seeks to appear as counsel *pro hac vice* for Plaintiff Pam Miller. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Andrew W. Dunlap is hereby admitted *pro hac vice* to represent Plaintiff Pam Miller.

**SO ORDERED**.

Signed: September 25, 2019

David C. Keesler
United States Magistrate Judge