IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-429-RJC-DCK

| | | |
|---|---|---|
| PAM MILLER, individually and for others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| THE STEAM GENERATING TEAM, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Joshua R. Adams, concerning T. Chase Samples on November 14, 2019. A. Chase Samples seeks to appear as counsel *pro hac vice* for Defendant The Steam Generating Team, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. T. Chase Samples is hereby admitted *pro hac vice* to represent Defendant The Steam Generating Team, LLC.

**SO ORDERED**.

Signed: November 14, 2019

David C. Keesler
United States Magistrate Judge