IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-429-RJC-DCK

| | |
|---|---|
| PAM MILLER, individually and for others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )    **ORDER** ) |
| THE STEAM GENERATING TEAM, LLC, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 40) filed by Christopher B. Clare, concerning Kurt A. Miller on September 28, 2020. Kurt A. Miller seeks to appear as counsel *pro hac vice* for Third-Party Defendant, System One. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 40) is **GRANTED**. Kurt A. Miller is hereby admitted *pro hac vice* to represent Third-Party Defendant System One.

Signed: September 29, 2020

David C. Keesler
United States Magistrate Judge