UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-429-RJC-DCK

| | |
|---|---|
| PAM MILLER, individually and for others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE STEAM GENERATING TEAM, LLC, ) ) Defendant. ) ) THE STEAM GENERATING TEAM, LLC, ) ) Third-Party Plaintiff, ) ) v. ) ) SYSTEM ONE HOLDINGS, LLC, ) ) Third-Party Defendant. ) ) ) | **SETTLEMENT ORDER** |

**THIS MATTER** comes before the Court on the Joint Motion for Approval of FLSA Settlement (Doc. 35). In that motion, the parties note that they reached a settlement on Plaintiff's case, and that the terms of such settlement are memorialized in the Collective Action Settlement and Release with accompanying exhibits (Doc. 35-2).

The Court has examined the Collective Action Settlement and Release, finds that it represents a knowing and voluntary agreement by the parties to settle the matters in dispute, that FLSA issues are actually in dispute in this case, and that the settlement is reasonable and accords with public policy and basic justice. Specifically, the Collective Action Settlement and Release

1

lists numerous provisions outlining various obligations and resolutions of claims assumed by the parties under the agreement, as well as offering prospective class members the ability to partake in the Settlement if they so choose, while retaining prospective class members' rights if they choose not to opt-in. (Doc. 35). Accordingly, the Court **grants approval** of the Collective Action Settlement and Release (Doc. 35-2) and orders the parties to comply with the terms to which they have agreed.

In accordance with the Collective Action Settlement Agreement and Release, the Court **appoints**, for settlement purposes only, Josephson Dunlap, LLP and Strianese Huckert, LLP as Class Counsel for the purposes of Settlement and the releases and other obligations therein. The Court notes that, as agreed by the parties, the Settlement Class Members will have the option to Opt-In and join the Settlement if they so choose; if any prospective Settlement Class Member declines to Opt-In, that Member will retain their wage and hour claims.

The Court further finds that the Notice for Settlement Class Members as set forth in the Collective Action Settlement Agreement and Release is the best practicable means of providing notice under the circumstances, and that it will constitute due and sufficient notice of the proposed settlement when completed. The Notice provides the Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness. Therefore, the Court **approves** the Notice of the Settlement of the FLSA Lawsuit (Doc. 35-2 Ex. 1), and authorizes Class Counsel to mail those documents to the Settlement Class Members in accordance with the Collective Action Settlement Agreement and Release.

The Parties have requested that the Court make clear that neither their Collective Action Settlement Agreement and Release nor this Order shall constitute, be construed to be, or be

2

Case 3:19-cv-00429-RJC-DCK    Document 45    Filed 10/16/20    Page 2 of 3

admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendants or the Released Parties have engaged in any wrongdoing.

**IT IS THEREFORE ORDERED** that this lawsuit brought by Plaintiff on behalf of herself and all others similarly situated is **dismissed with prejudice**. The Collective Action Settlement Agreement and Release is approved, and the parties are ordered to comply by the terms contained in the Agreement. The Third-Party Complaint between The Steam Generating Team, LLC and System One Holdings, LLC remains pending.

**SO ORDERED**.

Signed: October 16, 2020

Robert J. Conrad, Jr.
United States District Judge

3

Case 3:19-cv-00429-RJC-DCK     Document 45     Filed 10/16/20     Page 3 of 3