# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CV-429-RJC-DCK

| | |
|---|---|
| **THE STEAM GENERATING TEAM, LLC,** | ) |
| **Third-Party Plaintiff,** | ) |
| v. | ) |
| **SYSTEM ONE HOLDINGS, LLC,** | ) |
| **Third-Party Defendant.** | ) |

## STIPULATED CONSENT PROTECTIVE ORDER PURSUANT TO RULE 502(d)

The Parties jointly moved the Court pursuant to Rule 502(d) of the Federal Rules of Evidence, as well as Local Rule 7.1, for entry of a Stipulated Consent Protective Order concerning privileged or work-product protected documents. See (Document No. 52).

**IT IS HEREBY ORDERED THAT:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal, state, or administrative proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED**.

Signed: January 4, 2021

_____
David C. Keesler
United States Magistrate Judge

AGREED to this the 30th day of December, 2020.

| | |
|---|---|
| CLARK HILL PLC | JACKSON LEWIS P.C. |
| /s/ *Kurt A. Miller*_____ | */s/ Joshua R. Adams*_____ |
| KURT MILLER | JOSHUA R. ADAMS |
| One Oxford Centre | N. C. State Bar No. 49038 |
| 301 Grant Street, 14th Fl. | Joshua R. Adams |
| Pittsburgh, PA 15219 | N.C. State Bar. No. 49038 |
| kmiller@clarkhill.com | 200 South College Street |
| | Suite 1550, 15th Floor |
| *Attorney for Third-Party Defendant* | Charlotte, North Carolina 28202 |
| *System One Holdings, LLC* | Tel: (980) 465 7239 |
| | Fax: (704) 333-7764 |
| | Joshua.Adams@jacksonlewis.com |
| | |
| | John W. Sulau |
| | N.C. State Bar No. 47171 |
| | 15 South Main Street |
| | Suite 700 |
| | Greenville, SC 29601 |
| | Telephone: (864) 232-7000 |
| | Facsimile: (864) 235-1381 |
| | John.Sulau@jacksonlewis.com |
| | |
| | T. Chase Samples* |
| | S.C. State Bar. No. 77601 |
| | JACKSON LEWIS, P.C. |
| | 15 South Main Street |
| | Suite 700 |
| | Greenville, South Carolina 29601 |
| | Telephone: (864) 232-7000 |
| | Facsimile: |
| | Chase.Samples@jacksonlewis.com |
| | *Admitted Pro Hac Vice |
| | |
| | *Attorneys for Third-Party Plaintiff The Steam Generating Team, LLC* |